## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## IN ADMIRALTY

| | |
|---|---|
| *IN RE* COMPLAINT OF CHAD ADCOCK for Exoneration from or Limitation of Liability. | CASE NO. 2:23-CV-00020<br><br>JUDGE EDMUND A. SARGUS |

### ORDER DIRECTING RE-ISSUANCE OF NEW MONITION AND NEW NOTICE OF COMPLAINT ENLARGING TIME TO FILE CLAIMS

This matter is before the Court on the motion of Plaintiff Chad Adcock for the entry of an Order directing re-issuance of a Monition and Notice of Complaint enlarging the time to file claims. For the reasons set forth in the plaintiff's motion, the Court finds the motion to be well-taken and hereby **GRANTS** the same. The Court therefore **ORDERS**:

(1) The Court shall re-issue the Monition, attached to the plaintiff's motion;

(2) The Clerk of Courts shall re-issue the Notice of Complaint, attached to the plaintiff's motion;

(3) The plaintiff shall publish the re-issued Notice of Complaint in *The Lancaster Eagle-Gazette* once a week for four (4) consecutive weeks prior to the date fixed for the filing of claims, and the plaintiff, not later than the date of the second publication, shall also mail a copy of said public notice to every person known to have made any claim against the plaintiff or the Vessel arising out of the casualty; and,

(4) All other provisions of the January 31, 2023 Order (ECF Doc. 4), except to the extent modified herein, remain in force.

**IT IS SO ORDERED.**

                                                               s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS**
**United States District Judge**