IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
IN ADMIRALTY

| | |
|---|---|
| *IN RE* COMPLAINT OF CHAD ADCOCK for Exoneration from or Limitation of Liability. | ) ) ) ) ) |

CASE NO. 2:23-CV-00020

JUDGE EDMUND A. SARGUS

## ORDER NOTING AND ENTERING DEFAULTS

This matter is before the Court on the Motion of Plaintiff Chad Adcock for Noting and Entering Defaults against any person or entity having claims relating to or arising from a July 1, 2022 fatal marine casualty involving a 25-foot 2010 Bennington Marine 2550 RCW pontoon boat bearing Ohio State Registration Number OH 9318 EN and Hull Identification Number ETW66287L910 ("the Vessel"), which casualty occurred on the Ohio River near Mile 195 off Belpre Township, Ohio.  The Court previously ordered any person or entity having claims relating to or arising from this fatal marine casualty against Mr. Adcock or the Vessel present those claims on or before April 28, 2023 at 5:00 p.m.  (*See* Mar. 7, 2023 Order, ECF Doc. 8.) The Court finds that Mr. Adcock has complied with the requirements of Rule F of the Federal Rules of Civil Procedure – Supplemental Rules for Certain Admiralty and Maritime Claims.  The Court further finds that no person or entity has presented a claim against Mr. Adcock or the Vessel as required by the Federal Rules of Civil Procedure or the Court's orders.  As such, the Court GRANTS Mr. Adcock's motion.

The Court specifically ORDERS as follows:

(1) A default shall be noted and entered against all persons or entities claiming damages of any kind whatsoever caused by, related to, or arising from the fatal marine casualty that occurred on July 1, 2022 on the Ohio River, near Mile 195 off Belpre Township, Ohio, as more fully described in the Complaint, but who have not heretofore filed both their claims and responses as required by this Court's order of March 7, 2023;

(2) All said persons or entities in default are barred from ever filing any claims against Mr. Adcock or the Vessel related to or arising from the July 1, 2022 fatal marine casualty, whether in this or any other proceeding; and,

(3) Mr. Adcock and the Vessel are hereby exonerated from any liability on any claim related to or arising from the July 1, 2022 fatal marine casualty.

**IT IS SO ORDERED.**

                                                **s/Edmund A. Sargus, Jr. 9/25/2023**
                                                **EDMUND A. SARGUS**
                                                **United States District Judge**